UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JENNIFER MOLOSSO**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**BOARD OF SUPERVISORS UNIVERSITY OF LOUISIANA SYSTEM, ET AL**<br><br>　　　　Defendants, | **CASE NO. 3:23-CV-00567**<br><br>**JUDGE DONALD WALTER**<br><br>**MAG. JUDGE KAYLA D. MCCLUSKY** |

## PROPOSED ORDER

**CONSIDERING THE FOREGOING** Joint Motion to Continue, and finding sufficient cause therefore;

**IT IS HEREBY ORDERED,** the Motion is **GRANTED**, and the trial date and all remaining deadlines are continued without date. It is further ordered that production of the supplemental discovery is continued for an additional twenty-one days, or until December 27, 2024.

**THUS DONE** on the ____ day of _____, 2024.

_____
HON. KAYLA MCCLUSKY
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA