UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **JENNIFER MOLOSSO** | * | **CIVIL ACTION NO. 3:23-CV-00567** |
| V. | * | **JUDGE DONALD WALTER** |
| **BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM d/b/a UNIVERSITY OF LOUISIANA AT MONROE ET. AL.** | * | **MAG. JUDGE KAYLA D. MCCLUSKY** |
| | * | **JURY DEMAND** |

# **ORDER**

The foregoing Motion for Reconsideration of Order Denying Rule 56(d) Relief considered:

IT IS HEREBY ORDERED:

(a)  That the Plaintiff's Rule 56(d) motion is granted;

(b)  That the Court defer ruling on Defendants' Motion for Summary Judgment until Plaintiff has had an opportunity to take depositions, obtain the transcripts and submit a fully developed opposition brief pursuant to the Rule 56(d) motion;

(c)  That the discovery deadline is extended to April 25, 2025; and

(d)  That the deadline to oppose summary judgment is set for May 15, 2025.

Thus, done and signed this _____ day of _____ 2025, at Shreveport, Louisiana.

_____
UNITED STATES JUDGE