UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JENNIFER MOLOSSO**<br><br>        **Plaintiff,**<br><br>v.<br><br>**BOARD OF SUPERVISORS UNIVERSITY OF LOUISIANA SYSTEM, ET AL**<br><br>        **Defendants,** | **CASE NO. 3:23-CV-00567**<br><br>**JUDGE DONALD WALTER**<br><br>**MAG. JUDGE KAYLA D. MCCLUSKY** |

## NOTICE OF COMPLIANCE

**NOW INTO COURT,** through undersigned counsel, comes Defendants, Board of Supervisors of the University of Louisiana System, d/b/a University of Louisiana at Monroe ("ULM"), Dr. Arant, and Dr. Simpson, who pursuant to the Supplemental Order dated April 4, 2025 [ECF No. 68], and the Court's instructions therein, shows the following:

On April 1, 2025, three days before the Court's Supplemental Order, Defendants produced discovery labeled 0001-0025, which were inclusive of the Dr. Simpson forms, as well as emails related to the forms. Post-exam remediation documents, including "Form Bs" for NURS4066, were previously produced in June 2024. There are no other documents in defendants' possession responsive to the request.

Accordingly, Defendants show they have fully complied with the Court's Supplemental Order.

1

Dated: April 10, 2025

                                       Respectfully submitted,

                                       */s/ Sara G. White*
                                       JAY P. ADAMS, Bar No. 18755
                                       SARA G. WHITE, Bar No. 34569
                                       HUDSON, POTTS & BERNSTEIN, LLP
                                       1800 Hudson Lane, Suite 300
                                       Monroe, Louisiana 71201
                                       Tel.: (318) 388-4400
                                       Fax: (318) 322-4194
                                       Email: jadams@hpblaw.com
                                       Email: swhite@hpblaw.com