# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **JENNIFER MOLOSSO**<br><br>    Plaintiff,<br><br>v.<br><br>**BOARD OF SUPERVISORS UNIVERSITY OF LOUISIANA SYSTEM, ET AL**<br><br>    Defendants, | **CASE NO. 3:23-CV-00567**<br><br>**JUDGE DONALD WALTER**<br><br>**MAG. JUDGE KAYLA D. MCCLUSKY** |

## NOTICE OF COMPLIANCE

**NOW INTO COURT,** through undersigned counsel, comes Defendants, Board of Supervisors of the University of Louisiana System, d/b/a University of Louisiana at Monroe ("ULM"), Dr. Arant, and Dr. Simpson, who pursuant to the Memorandum Order dated <u>April 17, 2025</u> [ECF No. 78], and the Court's instructions therein, shows the following:

On <u>April 23, 2025</u>, defendants hand-delivered to the Clerk of Court's office, documents identified in the Court's Memorandum Order for in camera review.

Accordingly, Defendants show they have fully complied with the Court's Memorandum Order.

Dated: April 23, 2025

                    Respectfully submitted,

                    */s/ Sara G. White*
                    JAY P. ADAMS, Bar No. 18755
                    SARA G. WHITE, Bar No. 34569
                    HUDSON, POTTS & BERNSTEIN, LLP
                    1800 Hudson Lane, Suite 300
                    Monroe, Louisiana 71201
                    Tel.: (318) 388-4400
                    Fax: (318) 322-4194
                    Email: jadams@hpblaw.com
                    Email: swhite@hpblaw.com