# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| JENNIFER MOLOSSO | CIVIL ACTION NO. 23-567 |
| VERSUS | JUDGE DONALD E. WALTER |
| BOARD OF SUPERVISORS UNIVERSITY OF LOUISIANA SYSTEM | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the motion for summary judgment filed by Defendants, Board of Supervisors of Louisiana Systems d/b/a University of Louisiana at Monroe, Dr. Mark Arant, and Dr. Donald Simpson (collectively "Defendants") (Record Document 50) is **GRANTED**. All of Jennifer Molosso's ("Molosso") claims filed against Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Molosso's renewed Rule 56(d) or motion for reconsideration (Record Document 72) is **DENIED**.

**IT IS FURTHER ORDERED** that Molosso's motion to strike (Record Document 76) is **GRANTED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 11th day of June, 2025.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE