UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| JENNIFER MOLOSSO | * | CIVIL ACTION NO. 23-567 |
| VERSUS | * | JUDGE: DONALD E. WALTER |
| BOARD OF SUPERVISORS UNIVERSITY OF LOUISIANA SYSTEM | * | MAGISTRATE JUDGE KAYLA D. MCCLUSKY |
| | * | JURY TRIAL |

# NOTICE OF APPEAL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Jennifer Molosso ("Molosso"). On June 11, 2025, this Honorable Court granted the Defendant's motion for summary judgment and dismissed all of Plaintiff Molosso's claims, with prejudice (Rec. Docs. 84 and 85) for reasons specified in the Court's Memorandum Ruling of June 11, 2025 (Rec. Doc. 84).

This was a final judgment of this Honorable Court in Plaintiff Molosso's case. Molosso hereby gives notice that she is appealing this final judgment (Rec Doc. 85) and the dismissal of her claims with prejudice to the United States Court of Appeal for the Fifth Circuit.

    Respectfully submitted,

    DOWNER, JONES, MARINO & WILHITE
    401 Market Street, Suite 1250
    Shreveport, LA 71101
    Tel: 318-213-4444
    Fax: 318-213-4445

    Allison A. Jones, Bar No. 16990


    By: _/s/ Allison A. Jones_____
      ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of June, 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all parties of record by operation of the court's electronic filing system.

By: */s/ Allison A. Jones*
ATTORNEY FOR PLAINTIFF